**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LUDLOW EXCHANGE, LLC d/b/a NOVIG,

Plaintiff

v.

RAUL TORREZ, in his official capacity as Attorney General of the State of New Mexico; PATRICK GARRETT, in his official capacity as Board Chairman Law Enforcement Member of the New Mexico Gaming Control Board; INDY WHITE, VAN BILLOPSL, MEKKO MILLER, and BILLY SMITH in their official capacities as Commissioners of the New Mexico Gaming Control Board,

Defendants.

Case No.: 1:26-cv-02576-JFR-LF

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff and Defendants, through their respective counsel, stipulate and jointly move the Court as follows:

1. On August 6, 2026, Plaintiff filed a complaint seeking declaratory and injunctive relief against Defendants. *See* Doc. 1.

2. On August 17 and 20, 2026, the parties conferred in good faith and Plaintiff informed Defendants that it intends imminently to file a Motion for a Preliminary Injunction unless the parties are able to reach agreement on a temporary stay of this action.

3. Previously, on June 12, 2026, the Commodity Futures Trading Commission ("CFTC") commenced a lawsuit against the State of New Mexico, Governor Michelle Lujan Grisham, Attorney General Raúl Torrez, and members of the New Mexico Gaming Control Board in the District of New Mexico seeking injunctive relief against New Mexico (the "CFTC proceedings"). *See United States v. New Mexico*, No. 26-cv-01912 (D.N.M. June 12, 2026), Doc. 1. The parties jointly stipulated to

dismissing Governor Michelle Lujan Grisham and members of the New Mexico Gaming Control Board on June 29, 2026. *See id.*, Doc. 19.

4. On June 18, 2026, the CFTC filed a motion for a preliminary injunction against the defendants in its lawsuit. *See United States v. New Mexico*, No. 26-cv-01912 (D.N.M. June 18, 2026), Doc. 13. The Court then granted those parties' joint motion to set a briefing schedule on the CFTC's motion for a preliminary injunction and the defendants' motion to dismiss. *See id.*, Docs. 20, 21. Briefing concluded on the CFTC's preliminary injunction motion on July 30, 2026, and the defendants' motion to dismiss on Friday, August 7, 2026. *See id.*, Doc. 21.

5. An order resolving the motions in the CFTC proceedings will likely present a legal question (preemption) that relates to issues present in this case.

6. The parties concur that a stay of proceedings in this action and a stipulation that Defendants will not file enforcement proceedings as described in Paragraphs 12 and 14 below would promote judicial economy and limit duplicative litigation.

7. The parties therefore stipulate to and jointly move the Court to enter an order staying this matter until August 13, 2027.

8. By July 30, 2027, the parties should concurrently file position statements with the Court on lifting or extending the stay.

9. The Court may *sua sponte* lift or extend the stay at any time.

10. The parties agree and therefore stipulate that they will meet and confer and propose a briefing schedule for any preliminary injunction motion brought by Plaintiff, or motion to dismiss brought by Defendants, within 14 days after the stay entered by this Court terminates.

11. The parties agree and therefore jointly move the Court to extend Defendants' time to answer or otherwise respond to Plaintiff's complaint to 60 days after the stay entered by this Court terminates.

12. Defendants agree they will not initiate, pursue, or maintain any civil or criminal enforcement action against Plaintiff based on Plaintiff's listing of sports-related event contracts on its designated contract market until at least 14 days after the stay entered by this Court terminates.

13. Defendants have requested that Plaintiff voluntarily dismiss Defendants Chairman and Commissioners of the New Mexico Gaming Control Board ("Commission Defendants"). Based on the Commission Defendants' representation, stipulation, and agreement, including as set forth in paragraph 14, Plaintiff agrees that it will voluntarily dismiss the Commission Defendants from this action without prejudice.

14. The Commission Defendants represent that the Commission Defendants will not take any enforcement action against Plaintiff independent from the Attorney General at least until after the stay entered by this Court terminates.

15. The parties agree that by entering into this Stipulation, they do not waive any rights in this action beyond those expressly stated herein. The parties also agree that this Stipulation does not resolve any claim or defense asserted in this action, and that neither party will make any motion or argument on the basis of this Stipulation, except as it concerns enforcement of this Stipulation.

16. For the foregoing reasons, the parties respectfully request the Court stay this matter and dismiss, without prejudice, Patrick Garrett, Darren White, Van Billops, Mekko M. Miller, and Billy G. Smith.

DATED this 25th day of August, 2026.

Respectfully submitted,

**SNELL & WILMER L.L.P.**

By: *s/ Jennifer Hadley Catero*

Jennifer Hadley Catero
1 East Washington St., Suite 2700
Phoenix, AZ 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: jcatero@swlaw.com

**SULLIVAN & CROMWELL LLP**
Benjamin R. Walker (*pro hac vice forthcoming*)
Ann-Elizabeth Ostrager (*pro hac vice forthcoming*)
John J. Liolos (*pro hac vice forthcoming*)
Jason P. Barnes (*pro hac vice forthcoming*)
125 Broad Street
New York, NY 10004
Telephone: 212.558.4000
Facsimile: 212.558.3588
Email: walkerb@sullcrom.com
ostragerae@sullcrom.com
liolosj@sullcrom.com
barnesjas@sullcrom.com

Rishabh Bhandari (*pro hac vice forthcoming*)
1700 New York Avenue, N.W.
Washington, D.C., 20006
Telephone: 202.956.7500
Facsimile: 202.293.6330
Email: bhandarir@sullcrom.com

*Counsel for Plaintiff Ludlow Exchange, LLC d/b/a Novig*

**NEW MEXICO DEPARTMENT OF JUSTICE**

*s/ Mark Noferi*
Mark Noferi
Olivia Den Dulk
408 Galisteo Street
Santa Fe, NM 87501
Telephone: (505) 640-2891
Email: mnoferi@nmdoj.gov
odendulk@nmdoj.gov

**KEEGAN RICHARDSON SOLIMON & WEST LLP**

Justin J. Solimon
Kelli J. Keegan
Jesse D. Heibel
Kayla J. Jankowski
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Telephone: (505) 842-6123
Email: jsolimon@indiancountrylaw.com
kkeegan@indiancountrylaw.com
jheibel@indiancountrylaw.com
kjankowski@indiancountrylaw.com

*Counsel for Defendant Attorney General Raúl Torrez*

**NEW MEXICO GAMING CONTROL BOARD**

*s/ Michelle Pato*
Michelle Pato
4900 Alameda Blvd. NE
Albuquerque, NM 87113
Telephone: (505) 331-5734
Email: Michelle.Pato@gcb.nm.gov

*Counsel for Patrick Garrett, Darren White, Van Billops, Mekko Miller and Billy Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August, 2026, I caused the foregoing document to be filed with the Clerk of the Court and served upon on all counsel of record via the Court's CM/ECF system.

*s/ Jennifer Hadley Catero*