**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LUDLOW EXCHANGE, LLC d/b/a NOVIG,

Plaintiff

v.

RAUL TORREZ, in his official capacity as Attorney General of the State of New Mexico; PATRICK GARRETT, in his official capacity as Board Chairman Law Enforcement Member of the New Mexico Gaming Control Board; INDY WHITE, VAN BILLOPSL, MEKKO MILLER, and BILLY SMITH in their official capacities as Commissioners of the New Mexico Gaming Control Board,

Defendants.

Case No.: 1:26-cv-02576-JFR-LF

**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS**

THIS MATTER is before the Court on the parties' Joint Motion to Stay Proceedings (Doc. 19), filed August 25, 2026 (the "Joint Motion"). Having reviewed the Joint Motion, and being otherwise fully advised, the Court finds that the Joint Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. This action is STAYED until August 13, 2027.

2. No later than July 30, 2027, the parties shall concurrently file position statements with the Court addressing whether the stay should be lifted or extended.

3. The Court may *sua sponte* lift or extend the stay at any time.

4. Within fourteen (14) days after the stay entered by this Court terminates, the parties shall meet and confer and propose a briefing schedule for any motion for a preliminary injunction brought by Plaintiff, or any motion to dismiss brought by Defendants.

5. Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to sixty (60) days after the stay entered by this Court terminates.

6. Defendants will not initiate, pursue, or maintain any civil or criminal enforcement action against Plaintiff based on Plaintiff's listing of sports-related event contracts on its designated contract market until at least 14 days after the stay entered by this Court terminates.

7. Pursuant to the parties' stipulation, Defendants Patrick Garrett, Darren White, Van Billops, Mekko M. Miller, and Billy G. Smith ("Commission Defendants") are DISMISSED from this action WITHOUT PREJUDICE.

8. The Commission Defendants will not take any enforcement action against Plaintiff independent from the Attorney General at least until after the stay entered by this Court terminates.

**IT IS SO ORDERED.**

Margaret Strickland

**MARGARET I. STRICKLAND**
**UNITED STATES DISTRICT JUDGE**

Submitted and approved by:

**SNELL & WILMER L.L.P.**

By: *s/ Jennifer Hadley Catero*
Jennifer Hadley Catero
1 East Washington St., Suite 2700
Phoenix, AZ 85004
Telephone: 602.382.6000
Facsimile: 602.382.6070
Email: jcatero@swlaw.com

**SULLIVAN & CROMWELL LLP**
Benjamin R. Walker (*pro hac vice forthcoming*)
Ann-Elizabeth Ostrager (*pro hac vice forthcoming*)
John J. Liolos (*pro hac vice forthcoming*)
Jason P. Barnes (*pro hac vice forthcoming*)
125 Broad Street
New York, NY 10004
Telephone: 212.558.4000
Facsimile: 212.558.3588
Email: walkerb@sullcrom.com
ostragerae@sullcrom.com
liolosj@sullcrom.com
barnesjas@sullcrom.com

Rishabh Bhandari (*pro hac vice forthcoming*)
1700 New York Avenue, N.W.
Washington, D.C., 20006
Telephone: 202.956.7500
Facsimile: 202.293.6330
Email: bhandarir@sullcrom.com

*Counsel for Plaintiff Ludlow Exchange, LLC d/b/a Novig*

**NEW MEXICO DEPARTMENT OF JUSTICE**

*s/ Mark Noferi*
Mark Noferi
Olivia Den Dulk
408 Galisteo Street
Santa Fe, NM 87501
Telephone: (505) 640-2891
Email: mnoferi@nmdoj.gov
odendulk@nmdoj.gov

**KEEGAN RICHARDSON SOLIMON & WEST LLP**

Justin J. Solimon
Kelli J. Keegan
Jesse D. Heibel
Kayla J. Jankowski
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
Telephone: (505) 842-6123
Email: jsolimon@indiancountrylaw.com
kkeegan@indiancountrylaw.com
jheibel@indiancountrylaw.com
kjankowski@indiancountrylaw.com

*Counsel for Defendant Attorney General Raúl Torrez*

**NEW MEXICO GAMING CONTROL BOARD**

*s/ Michelle Pato*
Michelle Pato
4900 Alameda Blvd. NE
Albuquerque, NM 87113
Telephone: (505) 331-5734
Email: Michelle.Pato@gcb.nm.gov

*Counsel for Patrick Garrett, Darren White, Van Billops, Mekko Miller and Billy Smith*